## File Hashes for IP Address 96.255.7.220

**ISP:** Verizon FiOS
**Physical Location:** Herndon, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/08/2014 21:37:25 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 08/08/2014 21:32:57 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 08/08/2014 21:28:57 | 67D8723F0E28AE1CAC8572FBCAF7334CCAC075B2 | Breakfast At Eves |
| 08/08/2014 21:08:24 | 93B1F4A417C9F20E117A041C24AAA515497A0CF8 | In the Blind |
| 08/08/2014 21:06:36 | B353E05F4E5A2DB61A4270D8257FD41936501309 | Be With Me |
| 08/08/2014 21:04:58 | AD595D864F4D440B94B01EE3D4C0ED9E6F16517A | Sweet Awakening |
| 08/08/2014 21:04:33 | 5B41CDDCE3334D93A12694242177F79B1063A2D1 | Black On White |
| 08/08/2014 21:01:29 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 08/08/2014 20:59:35 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 08/08/2014 20:37:15 | 46534E73B0D16742309BCAF6FB5D8F8DCEF5EC95 | Rock Me Baby |
| 08/08/2014 20:34:50 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 08/08/2014 20:28:44 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 06/08/2014 22:02:44 | 96723554E601561A24EC479A240E4320DD6CE335 | Meet My Lover From Austria |
| 06/08/2014 22:02:42 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 06/08/2014 22:02:34 | 80C66DB825A68AD3167A601E27FF3B1FA308970F | Group Sex |
| 06/08/2014 21:53:10 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 06/08/2014 21:39:23 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 06/08/2014 21:35:51 | 1C0AC43498CE3D3F6C87ADF451AB6C85F4D303F7 | A Christmas Story |
| 06/08/2014 21:24:27 | BFC0CFEDEDF204DCC3DD3E99E5E0BEB4111180BF | Rose Petals |
| 06/08/2014 20:38:51 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 06/08/2014 20:38:48 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 06/08/2014 20:33:04 | 2A2C26024670AA084E9080588B62D19FA635A5D4 | Back to Bed |

EXHIBIT A

EVA104

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/08/2014 20:31:47 | 91A2B4CC6F593CC45578C942FE570B4EB35A9BE5 | Putting On A Show For You |
| 06/08/2014 20:21:51 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 06/08/2014 19:37:07 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 03/05/2014 10:59:36 | 823D55E765BCA4C421666356F75B6B266931DF61 | Go Fish |
| 03/05/2014 10:19:39 | C8D462309A645291B33E51361C132BC236EBF7D0 | I Love X Art |
| 03/05/2014 03:50:30 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 03/05/2014 03:35:22 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |
| 03/05/2014 03:34:12 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 03/05/2014 03:33:46 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |
| 03/05/2014 03:27:14 | 682575B3B625CA6B47485CCA605C404ABE372B72 | I Am In the Mood |
| 03/05/2014 02:15:07 | 0FDC4744D319DB3683FBAE57013DD6D38DA73440 | Zeppelin on Fire |
| 12/15/2013 02:02:10 | 4CC36EB333221192823BE772CA0D3C7B2E0D873A | Ready for Love |
| 12/15/2013 02:01:33 | 865F3E396BEC22834ACEAFF92BD87A9C75A71E9E | So Right Its Wrong |
| 12/15/2013 01:52:35 | FA49B213E99A2183027DE63F70EBDA6F15EF5697 | A Gift from Colette |
| 12/15/2013 01:43:19 | 534A59720ACB49820E3D71CE8DE7CB7034599E05 | Tease and Please |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

EVA104