Copyrights-In-Suit for IP Address 96.255.7.220

**ISP:** Verizon FiOS
**Location:** Herndon, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 06/08/2014 |
| A Gift from Colette | PA0001872969 | 12/07/2013 | 12/11/2013 | 12/15/2013 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 03/05/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 06/08/2014 |
| Any And All For You | PENDING | 08/02/2014 | 08/11/2014 | 08/08/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 06/08/2014 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 06/08/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 08/08/2014 |
| Black On White | PENDING | 08/07/2014 | 08/18/2014 | 08/08/2014 |
| Breakfast At Eves | PENDING | 08/06/2014 | 08/18/2014 | 08/08/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 08/08/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/08/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 06/08/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/08/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 03/05/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 06/08/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/08/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/05/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/05/2014 |
| In the Blind | PENDING | 08/08/2014 | 08/18/2014 | 08/08/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 06/08/2014 |

EXHIBIT B

EVA104

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 03/05/2014 |
| Paint Me Beautiful | PENDING | 08/04/2014 | 08/11/2014 | 08/08/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 03/05/2014 |
| Putting On A Show For You | PA0001892889 | 04/29/2014 | 05/04/2014 | 06/08/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/15/2013 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 08/08/2014 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 06/08/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/15/2013 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 06/08/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 03/05/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 08/08/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 08/08/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 12/15/2013 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/08/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 08/08/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 03/05/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 37**